IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JARED FRANKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.  23-cv-00029-JPG |
| | ) |
| REPUBLIC TIMES PAPER, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

This matter having come before the Court, and the Court having found it lacks subject matter jurisdiction,

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed for lack of jurisdiction without prejudice.

**DATED: February 17, 2023**          MONICA A. STUMP, Clerk of Court
                                                                 s/Tina Gray, Deputy Clerk


**Approved:     s/  J. Phil Gilbert**
                        **J. PHIL GILBERT**
                        **DISTRICT JUDGE**